UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW LEE ROBINSON,

    Petitioner,

                                               Case No.: 1:09-cv-252

v.

                                               HONORABLE PAUL L. MALONEY

BLAINE LAFLER,

    Respondent.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that petitioner's motion to stay this habeas corpus action (Dkt. #19) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated: January 20, 2010                                /s/ Paul L. Maloney
                                                             Paul L. Maloney
                                                             Chief United States District Judge