UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MATTHEW LEE ROBINSON #421041,<br>　　　　Petitioner,<br><br>-v-<br><br>BLAINE LAFLER,<br>　　　　Respondent.<br>_____ | No. 1:09-cv-252<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having denied the petition for writ of habeas corpus filed under 28 U.S.C. § 2254, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Respondent Blaine Lafler and against Petitioner Matthew Lee Robinson.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  June 25, 2013 　　　　　　　　　　　　　　　　　/s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge